
FILED
August 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002054905

2

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorneys for Debtor in possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 09-17500-A-11 |
| ST JAMES AND ENNIS HANFORD INVESTMENT, LLC, a LIMITED LIABILITY COMPANY, | Chapter 11 |
| | D.C. No. PLF-2 |
| Debtor in possession. | Date: September 2, 2009<br>Time: 1:30 PM<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California<br>Judge: Hon. Whitney Rimel |

**DECLARATION OF JAMES CLARK IN SUPPORT OF MOTION FOR AUTHORITY TO PAY PRE-PETITION CREDITOR ZUMWALT HANSEN & ASSOCIATES**

I, JAMES CLARK, declare as follows:

1. I am an authorized agent to sign bankruptcy documents for Debtor and secretary of Debtor. As such, I am familiar with Debtor's assets and history and I make the following statements based on personal knowledge from my involvement with Debtor.

2. Debtor owns the real property located at 12th and Fargo in Hanford, CA, APN Nos. 007-360-016 and 007-010-031, consisting of approximately 300 acres of farmland (the

"Property"). Debtor is in the process of getting the Property entitled so that it can be subdivided. Debtor intends to sell the Property in phases as soon as a tentative map is approved.

3. I believe that Debtor's ability to propose a feasible plan hinges upon getting a tentative map approved and taking other necessary steps to subdivide the Property.

4. Debtor obtained an appraisal stating that as of August 29, 2008, the Property would be worth $27 million after annexation, zoning and tentative map are complete.

5. The engineer for the project, Zumwalt, is owed $47,108.39 for pre-petition services on the Property. Zumwalt will not perform any additional work on the project until Zumwalt has been paid this amount. Zumwalt's work is essential to get the necessary city and county approvals so that the project can move forward.

6. Debtor currently receives income from the property by renting it out to Faith Farms, Inc. Within the last few days, Debtor received a payment of $98,228.80 that is available to pay Zumwaldt.

7. It is urgent that this motion be granted on an expedited basis as Debtor estimates obtaining the tentative map will take approximately five (5) months after Zumwalt begins work on it.

I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, and that this declaration was executed on 8-25-9, at Modesto, California.

_____
JAMES CLARK

DECLARATION OF JAMES CLARK [etc.] - 2