Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Bernard R. Given, II (State Bar No. 134718)
  bgiven@frandzel.com
Faye C. Rasch (State Bar No. 253838)
  frasch@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Citizens Business Bank

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

In re

ST. JAMES and ENNIS HANFORD INVESTMENT, LLC,

Debtor.

CASE No. 09-17500-WRL

Chapter 11

DC NO. PLF-2

**OPPOSITION OF SECURED CREDITOR CITIZENS BUSINESS BANK TO USE OF ITS CASH COLLATERAL**

Date: September 2, 2009
Time: 1:30 p.m.
Ctrm.: A, Rm. 11

TO: THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE.

1. Citizen Business Bank ("Citizens") is this Estate's largest creditor and apparently its only secured creditor, being owed in excess of $18 million dollars. Citizens holds as collateral a First Lien Deed of Trust on approximately 302 acres of land ("Real Property") that the Debtor St. James and Ennis Hanford Investment, LLC ("St. James" or "Debtor") wants to develop. The Citizens Deed of Trust recorded against the Real Property also includes an express grant of an

assignment over all rents, issues, profits, and leases of the Real Property.

2. As evidenced by the Declaration of G. Allen Bloyd filed simultaneously herewith, and which is adopted and incorporated herein by reference, Citizens has analyzed the value of the Real Property and has concluded that it is likely substantially under-secured in that the value of the Real Property is millions of dollars less than the amounts owed by St. James to Citizens.[1]

3. The Motion before the Court seeks to use $47,000 of rental income from the farm lease ("Assigned Rents") to pay the pre-petition unsecured claim of the only other creditor listed in the Debtor's schedules. The Motion offers no disclosure that the Assigned Rents are Citizens' cash collateral, and no evidence that Citizens would be adequately protected by this use of its cash collateral. Accordingly, the Motion must be denied as it fails to comply with Section 363 of the Bankruptcy Code.

4. In addition, but without waiving the foregoing, Citizens alleges that there is no emergency here requiring Citizens to defend against use of its cash collateral on just a few days notice. Citizens sued St. James in early May 2009. There is no irreparable harm to St. James if it were to bring this Motion on proper notice.

**WHEREFORE**, Citizens respectfully requests that the Court deny the Motion and grant such other and further relief as is just and proper.

DATED: September 1, 2009  FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
BERNARD R. GIVEN, II
FAYE C. RASCH


By:  /s/ Michael Gerard Fletcher
MICHAEL GERARD FLETCHER
Attorneys for Citizens Business Bank

---

[1] Citizens is close to having a final third party appraisal of the Real Property that will establish the magnitude of the expected short fall in collateral.

626535.1 | 030175-0313

2

CITIZENS CASH COLLATERAL OPPOSITION