SEP-01-2009 15:42 CBB Construction Loan/SBA

FILED
September 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002062717

3

Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Faye C. Rasch (State Bar No. 253838)
...frasch@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

René Lastreto, II (State Bar No. 100993)
rl2@lrplaw.net
LANG, RICHERT & PATCH
Post Office Box 40012
Fresno, California 93755-0012
Telephone: (559) 228-6700
Facsimile: (559) 228-6727

Attorneys for Secured Creditor CITIZENS BUSINESS BANK

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>ST. JAMES and ENNIS HANFORD INVESTMENT, LLC,<br><br>Debtor. | CASE No. 09-17500-WRL<br><br>Chapter 11<br><br>DC NO. PLF-2<br><br>**DECLARATION OF G. ALLEN BLOYD IN SUPPORT OF CITIZENS CASH COLLATERAL OBJECTION**<br><br>Date: September 2, 2009<br>Time: 1:30 p.m.<br>Ctrm: A, Rm. 11 |

G. Allen Bloyd declares:

1. I am a Senior Vice President employed by Citizens Business Bank ("Citizens") at its Ontario, California, headquarters and am the Manager of the Bank's Special Assets Department. I have personal knowledge of the matters set forth in this declaration and I could and would testify competently thereto if called upon to do so.

2. Debtor St. James & Ennis Hanford Investment, LLC ("St. James Ennis") borrowed in excess of $18 million from Citizens. The St. James Ennis loan is secured by a Senior Deed of Trust on 302 acres of walnut groves in Hanford, California (the "St. James Ennis Property") that St. James Ennis hoped to develop into a substantial mixed residential and commercial real estate development. I believe from my analysis that Citizens is facing a multi-million dollar shortfall in the value of the St. James Ennis Property. Accordingly, I authorized and instructed Citizens' lawyers to sue St. James and others in the Kings County Superior Court on May 12, 2009, to recover the defaulted obligation, in addition to Citizens' efforts to pursue its non-judicial foreclosure of the St. James Ennis Property. Attached hereto as Exhibit "1 is a true and correct copy of the State Court Complaint which contains the amounts owed by St. James to Citizens as of the date indicated therein. The Complaint also has attached true and correct copies of the loan documents; which include the Deed of Trust that contains an assignment of rents, issues, leases, and profits.

3. As part of my job as the head of Citizens' Special Assets Department, I am required to formulate my own opinion of the value of collateral held by the Bank for defaulted and problem loans. I personally have considered the value of the St. James Ennis 302-acre proposed real estate development and the underlying property. I have concluded that Citizens is facing a multi-million dollar shortfall between the amount of the debt owed by St. James and the value of the collateral held by the Bank. From my analysis and evaluation it appears to me that the residential real estate development market has essentially collapsed for projects in Hanford, California, such as the one contemplated by St. James Ennis. The exact magnitude of the shortfall that Citizens is facing, and the current value of the St. James Ennis property, is still being determined.

4. In light of the substantial shortfall in Citizens' collateral, Citizens has no choice but to oppose the Motion and the Debtor's attempt to use $47,000 of farm lease income that constitutes Citizens' cash collateral. I anticipate that Citizens will need to recover the cash collateral to pay the St. James obligations owed to Citizens.

///

///

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct and that this declaration was executed this 1ST day of September,
3   2009, at Ontario, California.

4   *G. Allen Bloyd* (signature)
    G. ALLEN BLOYD

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

626550.1 | 030175-0313

3

BLOYD CASH COLLATERAL OBJECTION DECLARATION