2009-17500
FILED
November 19, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002230754

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorneys for Debtor in possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

In re:

ST JAMES AND ENNIS HANFORD INVESTMENT, LLC,
a LIMITED LIABILITY COMPANY,

Debtor in possession.

Case No. 09-17500-A-11

Chapter 11

D.C. No. PLF-3

Date: October 28, 2009
Time: 1:30 p.m.
Place: Dept. A, Ctrm. 11, 5th Floor
United States Courthouse
2500 Tulare St., Fresno, California
Judge: Hon. Whitney Rimel

**ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL**

At Fresno, in the Eastern District of California.

The Debtor's Motion for Authority to Use Cash Collateral came on for final hearing at the abovementioned time and place. Peter L. Fear appeared for Debtor, Rene Lastreto, II and Michael Fletcher appeared for secured creditor Citizens Business Bank, and Gregory Powell appeared on behalf of the United States Trustee's office.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

RECEIVED
November 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002230754

1. The Motion is granted in part, as described herein. The remainder of the Motion is denied without prejudice.

2. Debtor may use $6,000 of cash collateral for the purpose paying an engineer to obtain annexation of the property. Compensation for the engineer must be sought by way of a fee application.

3. Debtor may use cash collateral to pay United States Trustee fees.

*/s/ Rene Lastreto, II*
Approved as to form by Rene Lastreto, II
Attorney for Secured Creditor

Dated:

Nov 19, 2009

*/s/ Whitney Rimel*
United States Bankruptcy Judge

ORDER GRANTING CASH COLLATERAL MOTION - 2