2009-17500
FILED
February 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002388220

3

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for ST. JAMES & ENNIS HANFORD INVESTMENTS, LLC,
   Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 09-17500-A-11 |
| ST. JAMES & ENNIS HANFORD INVESTMENTS, LLC, a California Limited Liability Company, | Chapter 11<br><br>D.C. No. PLF-4 |
| Debtor. | Date: February 18, 2010<br>Time: 1:30 p.m.<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>       United States Courthouse<br>       2500 Tulare St., Fresno, California<br>Judge: Hon. Whitney Rimel |

### ORDER APPROVING DISCLOSURE STATEMENT FOR PLAN AND FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN

The Disclosure Statement ("Disclosure Statement"), filed and proposed by ST. JAMES & ENNIS HANFORD INVESTMENTS, Debtor herein ("Debtor" or "Proponent") incorporated in Debtor's Amended Combined Disclosure Statement and Plan Of Reorganization, dated February 1, 2010 (pursuant to request of the United States Trustee, former paragraphs 16.07 and 16.08 were deleted), was approved at the hearings held January 6,

Order Approving Disclosure Statement (etc.) - 1

RECEIVED
February 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002388220

2010 and January 27, 2010, at 1:30 p.m., at which Peter L. Fear appeared for the Debtor, and other appearances were as of record.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Disclosure Statement is approved.

2. No later than February 1, 2010 notice of the hearing on confirmation of Debtor's Plan together with the Debtor's Amended Combined Disclosure Statement and Plan Of Reorganization, dated February 1, 2010 and a ballot are required to be mailed to all creditors, the Debtor, interest holders, the U.S. Trustee and parties in interest as provided in Bankruptcy Rule 3017(d).

3. February 12, 2010 is fixed as the last day for receipt by counsel of signed, written acceptances or rejections of the Plan. In order for such ballots to be counted, they must be received no later than 4:00 p.m., Pacific Time on that by Peter L. Fear, Esq. at the address set forth below. Ballots may be mailed, faxed or sent via e-mail to ballots@fearlaw.com.

4. February 16, 2010 is fixed as the last day for filing, serving and receipt, pursuant to Bankruptcy Rule 3020(b)(1), written objections to confirmation of the Plan. Written objections must be served on and received by the below counsel by 4:00 p.m. on that date:

> Peter L. Fear
> The Law Offices of Peter L. Fear
> 7750 North Fresno Street, Suite 101
> Fresno, CA 93720
> Facsimile No.: (559) 436-6580

And on the United States Trustee's Office:

> U.S. Trustee's Office
> 2500 Tulare Street, Suite 1501

Order Approving Disclosure Statement (etc.) - 2

|   |    | Fresno, CA 93721 |
|---|----|---|

5. A ballot tabulation showing the percentages of acceptances and rejections for impaired classes, in number and dollar amount, and any Brief and/or Declaration in support of Confirmation, and a list of witnesses to be called by the proponent, shall be filed no later than February 12, 2010 and served for receipt on the same day. That tabulation shall also identify unimpaired classes and state the reason that each such class is unimpaired under Section 1124. A duplicate set of said documents shall be hand delivered to Chambers.

6. Exhibits in support of or in opposition to confirmation shall be lodged no later than the close of business on February 17, 2010, and shall be served for receipt on the same day.

7. February 18, 2010 at 1:30 p.m. is fixed as the date and time for the hearing on Confirmation of the Plan. The hearing will be held in the courtroom of the undersigned Bankruptcy Judge, United States Bankruptcy Court, 2500 Tulare Street, Fresno, California 93721.

Dated:

Feb 02, 2010

_____
United States Bankruptcy Judge

Order Approving Disclosure Statement (etc.) - 3