UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | St. James and Ennis Hanford Investment, LLC | **Case No :** | 09-17500 - A - 11 |
| | | **Date :** | 03/04/10 |
| | | **Time :** | 11:00 |
| **Matter :** | [122] - Amended/Modified [65] Plan Filed by Debtor St. James and Ennis Hanford Investment, LLC (tjof) | | OPPOSED |
| **Judge :** | Whitney Rimel | | |
| **Courtroom Deputy :** | Gay Parker | | |
| **Reporter :** | Linda Gorman | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Peter L. Fear
**Respondent(s) :**
(by phone)    Creditor's Attorney - Rene Lastreto; Ken Russak; Michael Gomez
    U.S. Trustee's Attorney - Greg Powell


HEARING was :
Findings of fact/conclusions of law stated orally on the record

Confirmation Denied.