2009-17500
FILED
March 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002460427

1 | Michael Gerard Fletcher (State Bar No. 070849)
   mfletcher@frandzel.com
2 | Kenneth N. Russak (State Bar No. 107283)
   krussak@frandzel.com
3 | Michael J. Gomez (State Bar No. 251571)
   mgomez@frandzel.com
4 | FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
5 | Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
6 | Facsimile: (323) 651-2577

7 | René Lastreto, II (State Bar No. 10099)
   rl2@lrplaw.net
8 | LANG, RICHERT & PATCH
   Post Office Box 40012
9 | Fresno, California 93755-0012
   Telephone: (559) 228-6700
10 | Facsimile: (559) 228-6727
   Attorneys for Secured and Unsecured Creditor
11 | CITIZENS BUSINESS BANK

12

13 | **UNITED STATES BANKRUPTCY COURT**

14 | **EASTERN DISTRICT OF CALIFORNIA**

15 | **FRESNO DIVISION**

16 | In re | CASE NO. 09-17500-A-11

17 | ST. JAMES & ENNIS HANFORD INVESTMENT, LLC, | DC No. FRB-1

18 | Debtor. | Chapter 11

19 | | **ORDER ON CITIZENS BUSINESS BANK'S MOTION FOR ORDER: (1) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1), (3); OR IN THE ALTERNATIVE (2) DISMISSING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112**

20

21

22

23 | | **Continued Hearing Date**

24 | | Date: March 1, 2010
25 | | Time: 9:00 a.m.
   | Div.: Dept. "A", Ctrm. 11
26

27

28

RECEIVED
March 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002460427

175-0313

A hearing on the above-referenced motion was held at the date, time, and place set forth above. Appearances were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Motion seeking Relief from the Automatic Stay with respect to the Collateral is granted in accordance with 11 U.S.C. §§362(d)(1) and (3), and that the relief granted by this order pertains to the real property located in Hanford, California, and legally described on Exhibit A (the "Property") and any other real or personal property constituting Citizens Business Bank's collateral (collectively, the "Collateral").

**IT IS FURTHER ORDERED**, that Citizens Business Bank may pursue any and all of its remedies as to the Collateral under applicable nonbankrutpcy law.

~~IT IS FURTHER ORDERED, that this Order shall be binding and effective despite any conversion of the bankruptcy case to a case under any other chapter of Title 11 of the United States Code~~

**IT IS FURTHER ORDERED**, that the 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

~~IT IS FURTHER ORDERED, that the Court shall hold a continued hearing on Citizens Business Bank's request to dismiss the case to be held, as further set out in the civil minutes of the proceedings~~

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:   /S/ Michael Gerard Fletcher
        MICHAEL GERARD FLETCHER
        Attorneys for Secured Creditor, CITIZENS
        BUSINESS BANK

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

LANG, RICHERT & PATCH

By:  /S/ Rene Lastreto
      RENE LASTRETO
      Attorneys for Secured Creditor, CITIZENS
      BUSINESS BANK

Dated:

Mar 04, 2010

United States Bankruptcy Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

**EXHIBIT "A"**

**Legal Description**

Real property In the unincorporated area of the County of KINGS,

State of CALIFORNIA, described as follows:

PARCEL 1: APN 007-360-016

THE SOUTHWEST QUARTER OF SECTION- 14, TOWNSHIP

18 SOUTH, RANGE 21 EAST, MOUNT DIABLO BASE AND

MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF

KINGS, STATE OF CALIFORNIA, ACCORDING TO THE

OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF

INTEREST IN AND TO ALL OIL, GAS AND OTHER

HYDROCARBONS SUBSTANCES AND MINERALS IN AND

UNDER THE LAND, AS RESERVED IN THE DEED

EXECUTED 'BY ARTHUR WILLIAM MORGAN AND SADIE

MORGAN, HIS WIFE, ET AL, AND RECORDED JULY 24; 1951,

IN BOOK 499, PAGE 356 OF OFFICIAL RECORDS, KINGS

COUNTY  RECORDS.

ALSO EXCEPTING THEREFROM THOSE PORTIONS,

GRANTED TO THE COUNTY OF KINGS IN THE DEED

RECORDED FEBRUARY 25, 1965, IN BOOK 868, PAGE 765,

AND IN THE DEED RECORDED JANUARY 20,1967, IN BOOK

900, PAGE 168, AND IN THE DEED RECORDED JANUARY

**EXHIBIT A**

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1   22,1998, AS INSTRUMENT NO. 98-1225/ OF OFFICIAL

2   RECORDS; KINGS COUNTY RECORDS.

3

4   ALSO EXCEPTING THEREFROM THE RECORDED

5   RAILROAD RIGHT-OF-WAY OVER THE EASTERLY 50 FEET

6   OF SAID PARCEL.

7

8   PARCEL 2: APN 007-010-031

9

10  THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP

11  28 SOUTH, RANGE 21 EAST, MOUNT DIABLO BASE AND

12  MERIDIAN, IN THE COUNTY OF KINGS, STATE OF

13  CALIFORNIA.

14

15  EXCEPTING THEREFROM THAT PORTION DESCRIBED AS

16  FOLLOWS:

17

18  BEGINNING AT A POINT ON THE NORTH LINE OF SAID

19  SECTION, 1454.75 FEET EAST OF THE NORTHWEST

20  CORNER OF SAID SECTION; THENCE SOUTH 365 FEET TO

21  A POINT ON THE CENTER LINE OF PEOPLE'S DITCH;

22  THENCE ALONG SAID CENTER LINE NORTH 80°55' EAST,

23  31.7 FEET AND NORTH 39°38' EAST, 468.7 FEET TO A POINT

24  ON THE NORTH LINE OF SAID SECTION; THENCE WEST

25  331.3 FEET TO THE POINT OF BEGINNING.

26

27  ALSO EXCEPTING THEREFROM THE EASTERLY 50 FEET.

28

1    ALSO EXCEPTING THEREFROM THOSE PORTIONS OF SAID

2    LAND CONVEYED TO THE COUNTY OF KINGS IN

3    DOCUMENT RECORDED DECEMBER 17,1964 IN BOOK 865

4    AT PAGE 297, OFFICIAL RECORDS, AS INSTRUMENT NO.

5    16126.

6

7    ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER

8    HYDROCARBON SUBSTANCES AND MINERALS IN AND

9    UNDER SAID LAND.

10

11   APN: 007-360-016 and 007~010-031

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000