2009-17500
FILED
March 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002463219

2

1  Law Offices of Peter L. Fear
   Peter L. Fear, No. 207238
2  Gabriel J. Waddell, No. 256289
   7750 North Fresno Street, Suite 101
3  Fresno, California  93720
   (559) 436-6575
4  (559) 436-6580 (fax)
   pfear@fearlaw.com
5
   Former attorney for ST. JAMES & ENNIS HANFORD INVESTMENTS, LLC,
6    Debtor in Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10 | In re:                              | Case No. 09-17500-A-11
   |                                     |
11 | ST. JAMES & ENNIS HANFORD           | Chapter 11
   | INVESTMENTS, LLC,                   |
12 | a California Limited Liability Company, | D.C. No. N/A
   |                                     |
13 |                                     |
   |                    Debtor.          | Date:  March 4, 2010
14 |                                     | Time:  11:00 AM
   |                                     | Place: Dept. A, Ctrm. 11, 5th Floor
15 |                                     |        United States Courthouse
   |                                     |        2500 Tulare St., Fresno, California
16 |                                     | Judge: Hon. Whitney Rimel

17

18 **ORDER AUTHORIZING WITHDRAWAL OF THE LAW OFFICES OF PETER L.**
   **FEAR AS ATTORNEY OF RECORD FOR DEBTOR AND DEBTOR-IN-POSSESSION**

19         On the above date and at the above time and place, Peter L. Fear, counsel for Debtor

20 and Debtor-in-Possession ST. JAMES & ENNIS HANFORD INVESTMENTS, LLC

21 ("Debtor") orally moved the Court for authorization to withdraw as attorney of record for the

22 Debtor. Rene Lastreto II and Kenneth Russak appeared on behalf of Citizens Business Bank

23 and Gregory Powell appeared on behalf of the United States Trustee. Alejandro Clark, Brian

24 Ennis and Pamela Ennis were all present in the courtroom. No party objected to Mr. Fear's

- 1 -

RECEIVED
March 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002463219

1 withdrawal. The Court finding good cause therefore and that the primary affected parties were

2 in court and did not object, NOW THEREFORE

3       IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

4     1.    The Law Offices of Peter L. Fear is authorized to immediately withdraw as

5         attorney of record for ST. JAMES & ENNIS HANFORD INVESTMENTS,

6         LLC.

7     2.    Parties may use the following contact information to contact the Debtor: St.

8         James & Ennis Hanford Investments, LLC, 643 N. Westwood Street,

9         Porterville, CA 93257; phone: (559) 781-8888 & (559) 584-3664; e-mail:

10         brian@enniscompanies.com & alejandroclark@sbcglobal.net.

11

Dated:

Mar 06, 2010

United States Bankruptcy Judge

15

16

17

18

19

20

21

22

23

24